AO 91(Rev.5/85) Criminal Complaint ORIGINAL

# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
**Francisco CAZARES-GOMEZ**
**REG#: 6903-196**

CRIMINAL COMPLAINT

CASE NUMBER: MJ 18-0496

FILED
CLERK U.S. DISTRICT COURT
MAR - 5 2018

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about December 7, 2017, in Santa Barbara County, in the Central District of California, defendant Francisco CAZARES-GOMEZ ("CAZARES-GOMEZ") escaped from the custody of the United States Attorney General, in violation of Title 18, United States Code, Section 751. I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

On or about December 7, 2017, the United States Marshals Service received a Notice of Escaped Federal Prisoner alert (the "Notice") from the Federal Bureau of Prisons – FCC Lompoc, CA (Satellite Camp) located at 3901 Klein Blvd, Lompoc, California 93436. I reviewed the Notice, which said that CAZARES-GOMEZ had escaped from FCC Lompoc (Satellite Camp) on or about December 7, 2017 at approximately 4:00 p.m.

The institution and court records that I reviewed describe CAZARES-GOMEZ as a Hispanic male, United States citizen, born on May 31, 1962 measuring approximately 5 feet, 6 inches tall, weighing approximately 190 pounds, with black hair, and brown eyes.

The records also indicate that on January 25, 2012, in the United States District Court for the District of Arizona, Case Number CR 10-0666-PHX-JAT, CAZARES-GOMEZ was sentenced to a term of 210 months' imprisonment, to be followed by 5 years of supervised release after being convicted of Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. § 846. On March 26, 2012, CAZARES-GOMEZ was transferred to the FCC Lompoc (Satellite Camp) as designated. On December 7, 2017, at 4:00 p.m., CAZARES-GOMEZ was found to be missing from the FCC Lompoc (Satellite Camp) during a routine headcount. On December 7, 2017, CAZARES-GOMEZ was placed on escape status. CAZARES-GOMEZ's whereabouts remain unknown.

Continued on the attached sheet and made a part hereof: ☐Yes ☒ No

Sworn to before me and subscribed in my presence,

X _____
Signature of Complaint
Kurt Domingo
Deputy U.S. Marshal

03-05-18
Date

at Los Angeles, California
City and State

Hon. Rozella A. Oliver, United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer